**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZAIDA I. ROSADO,

                Plaintiff,                    19 **CIVIL** 8073 (PED)

      -v-                                    **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security Administration,
                            Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 5, 2021, Defendant's motion is denied. The case is remanded to the agency for further proceedings; accordingly, the case is closed.

**Dated:**  New York, New York
          January 5, 2021

                                              **RUBY J. KRAJICK**
                                                **Clerk of Court**
                           **BY:**    *K. Mango*
                                                  **Deputy Clerk**